665 A.2d 385

IN THE MATTER OF ANDRE L. MC GUIRE, AN ATTORNEY AT LAW.

October 19, 1995.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **ANDRE L. MC GUIRE** of **NEWARK,** who was admitted to the bar of this State in 1985, and who was temporarily suspended from the practice of law by Order of this Court dated May 12, 1992, and who was thereafter suspended from practice for a period of six months retroactive to July 20, 1994, by Order of this Court dated May 9, 1995, be restored to the practice of law, effective immediately.